UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RMS SERVICES-USA, INC.,

    Plaintiff,

v.

TODD HOUSTON, et al.,

    Defendants.
_____/

CIVIL ACTION NO. 06-15585

DISTRICT JUDGE LAWRENCE P. ZATKOFF

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER

Plaintiff's Motion to Strike Defendants Jones' and DSS' Improper Objections to RMS' Discovery Requests and to Compel Complete Responses was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on August 23, 2007. Having reviewed Plaintiff's motion, together with Defendants' response, and Plaintiff's reply, and having heard the arguments of counsel, the magistrate judge took the motion under advisement. Thereafter, on September 21, 2007, the court was notified that the parties had resolved the case, and that entry of an order determining the motion should be withheld pending the filing of a Motion to Dismiss. A Stipulated Dismissal with Prejudice as to Defendants DSS and Jones was filed with the court on October 16, 2007. Accordingly, Plaintiff's Motion to Strike Defendants Jones' and DSS' Improper Objections to RMS' Discovery Requests and to Compel Complete Responses is denied as moot.

                                        s/Donald A. Scheer
                                        DONALD A. SCHEER
                                        UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2007

## CERTIFICATE OF SERVICE

       I hereby certify on October 18, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 18, 2007. **None.**

                                s/Michael E. Lang
                                Deputy Clerk to
                                Magistrate Judge Donald A. Scheer
                                (313) 234-5217